UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STOYAN RODNEY, individually, and STOYAN
RODNEY for S.R., an infant by her mother and
natural guardian,

                                   **ORDER**
                         13-CV-6179 (RRM) (VMS)
           Plaintiffs,

        - against -

THE CITY OF NEW YORK, POLICE OFFICER
DESMOND DEMPSTER (TAX 920202), JANE
DOE and JOHN DOES (1–2),

           Defendants.
------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

By a motion filed July 16, 2014, plaintiff moved for approval of infant compromise. On

August 26, 2014, this Court referred this matter to the assigned Magistrate Judge, the Honorable

Vera M. Scanlon. On October 29, 2014, Magistrate Judge Scanlon issued a Report and

Recommendation ("R&R") recommending that this Court grant plaintiff's motion and So Order

the proposed infant compromise order at Doc. No. 15. Magistrate Judge Scanlon reminded the

parties that, pursuant to Fed. R. Civ. P. 72(b), any objections to the R&R were due within

fourteen (14) days of its receipt. (Doc. No. 16 at 11.) As of this date, no party has filed any

objections.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, the Court has reviewed the R&R

for clear error and, finding none, concurs with and adopts the R&R in its entirety. *See Covey v.*

*Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, plaintiff's motion for

approval of infant compromise is hereby GRANTED and the proposed infant compromise order

at Doc. No. 15 is hereby SO ORDERED.

The Clerk of the Court is directed to close this case.

SO ORDERED.

*/s/  Roslynn R. Mauskopf*

Dated: Brooklyn, New York
March 6, 2015

_____
ROSLYNN R. MAUSKOPF
United States District Judge